IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOEL ANTONIO ESTRELLA-DISLA, | : : : | 1:17-cv-1575 |
| Petitioner, | : : | Hon. John E. Jones III |
| | : | |
| CRAIG LOWE, *et al.*, | : : | Hon. Martin C. Carlson |
| Respondents. | : | |

## ORDER

## October 31, 2017

In conformity with the accompanying Memorandum issued on today's date,

**IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation of Magistrate Judge Martin C. Carlson is **REJECTED** inasmuch as subsequent events have mooted Petitioner's claims altered the necessary disposition of the case.

2. Petitioner's *Pro Se* Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED** without prejudice.

3. Respondents' Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) (Doc. 11) is **GRANTED**.

4. The Clerk of Court is directed to **CLOSE** this case.

s/ John E. Jones III<br>
John E. Jones III<br>
United States District Judge

1